IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: | MDL Docket No 04-1606 VRW |
|---|---|
| DEEP VEIN THROMBOSIS | ORDER |

This Document Relates To:

05-2475 VRW
_____/

    Plaintiff is ORDERED TO SHOW CAUSE in writing, not to exceed 10 pages, why all claims against defendant Delta Airlines should not be dismissed under the federal preemption reasoning announced in the court's March 11, 2005, order (04-1606 VRW Doc #151).  Plaintiff's writing is due on or before July 1, 2005.

    IT IS SO ORDERED.



VAUGHN R WALKER

United States District Chief Judge