IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
IN RE:                                    MDL Docket No 04-1606 VRW

DEEP VEIN THROMBOSIS                      ORDER


This Document Relates To:

05-2475 VRW
                                     /
```

On June 25, 2005, the court ordered plaintiff to show cause why defendant Delta Airlines should not be dismissed under the federal preemption reasoning announced in the court's March 11, 2005, order (04-1606 VRW  Doc #151), Doc #6 (OSC).  Plaintiff filed his response on June 28, 2005.  Doc #9.  Plaintiff asserts that the Supreme Court's decision in <u>Bates v Dow Agrosciences, LLC</u>, 125 S Ct 1788 (2005), compels a different result from the one reached in the court's March 11, 2005, preemption order.  Doc #9 at 2-3.  The court has already rejected this contention.  (04-1606 Doc #194). Accordingly, all claims against defendant Delta Airlines are DISMISSED with prejudice and the clerk is directed to ENTER JUDGMENT in favor of Delta.

1   Delta is the only named defendant in this action; the
2 other 101 defendants are unidentified DOE defendants.  Accordingly,
3 the remaining unnamed defendants are DISMISSED without prejudice.
4 The clerk is DIRECTED to CLOSE the file and TERMINATE all motions.

   SO ORDERED.



VAUGHN R WALKER

United States District Chief Judge